**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Jaquwn Brewer, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2017-002494

———————

Appeal From Beaufort County
R. Scott Sprouse, Circuit Court Judge

———————

Unpublished Opinion No. 2022-UP-379
Heard September 12, 2022 – Filed October 12, 2022

———————

**DISMISSED AS IMPROVIDENTLY GRANTED**

———————

Tommy Arthur Thomas, for Petitioner.

Attorney General Alan McCrory Wilson and Deputy Attorney General Donald J. Zelenka, of Columbia, for Respondent.

———————

**PER CURIAM:** We issued a writ of certiorari to review the circuit court's denial of Jaquwn Brewer's application for post-conviction relief (PCR), in which Brewer claimed ineffective assistance of appellate counsel. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**GEATHERS, MCDONALD, and HILL, JJ., concur.**